UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LARA CERRANO,<br><br>    Plaintiff,<br><br>    v.<br><br>SODEXO, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-02660-TSH<br><br>**ORDER TO SHOW CAUSE** |

On July 8, 2019, Defendants Sodexo, Inc., et al. filed a Motion to Dismiss, with a noticed hearing date of August 15, 2019. ECF No. 15. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby **VACATES** the motion hearing and August 15, 2019 Case Management Conference and **ORDERS** Plaintiff Antonio Lara Cerrano to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 1, 2019. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 15, 2019 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff do(es) not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: July 23, 2019

 

THOMAS S. HIXSON
United States Magistrate Judge