1  (*Counsel of record on next page*)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LARA CERRANO, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SODEXO, INC., a Delaware corporation; SDH EDUCATION WEST, LLC, a Delaware LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 3:19-cv-02660-TSH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Judge:       Hon. Thomas S. Hixson<br>Courtroom: A, 15th Floor |

1  MARCUS J. BRADLEY (Cal. State Bar No. 174156)
   KILEY L. GROMBACHER (Cal. State Bar No. 245960)
2  BRADLEY/GROMBACHER, LLP
   2815 Townsgate Road, Suite 130
3  Westlake Village, California 91361
   Telephone: (805) 270-7100
4  Facsimile: (805) 270-7589
   mbradley@bradleygrombacher.com
5  kgrombacher@bradleygrombacher.com

6  SAHAG MAJARIAN (Cal. State Bar No. 146621)
   LAW OFFICES OF SAHAG MAJARIAN II
7  18250 Ventura Boulevard
   Tarzana, California 91356
8  Telephone: (818) 609-0807
   Facsimile: (818) 609-0892
9  sahagii@aol.com

10 Attorneys for Plaintiff
   Antonio Lara Cerrano
11

12 JEFFREY D. WOHL (Cal. State Bar No. 096838)
   PAUL A. HOLTON (Cal. State Bar No. 313047)
13 PAUL HASTINGS LLP
   101 California Street, 48th Floor
14 San Francisco, California 94111
   Telephone: (415) 856-7000
15 Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
16 paulholton@paulhastings.com

17 Attorneys for Defendants
   Sodexo, Inc., and SDH Education West, LLC
18 .

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 100464360.1

ORDER GRANTING STIPULATION TO DISMISS
ACTION WITH PREJUDICE
U.S.D.C., N.D. Cal., No. 3:19-cv-02660-TSH

On the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE in its entirety, each side to bear its own costs and attorneys' fees.

Dated: October **31**, 2019.

_____
Thomas S. Hixson
United States Magistrate Judge